DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LORETTA HUNT,**
Appellant,

v.

**JP MORGAN CHASE BANK, N.A.,**
Appellee.

No. 4D22-1147

[December 22, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE18-025446.

Loretta Hunt, Sunrise, pro se.

Elliot B. Kula and William D. Mueller of Kula & Associates, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***